**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Darryl E. Adams,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **1:26-cv-00710-DAE-SH** |
| | § | |
| **David Steiner and Paulo Barros,** | § | |
| *Defendants* | § | |
| | § | |

## ORDER

Now before the Court are Plaintiff Darryl E. Adams' Application to Proceed in District Court Without Prepaying Fees or Costs under 28 U.S.C. § 1915(a)(1) (Dkt. 2), filed March 25, 2026, and More Definite Statement, filed April 28, 2026 (Dkt. 6).[1]

On April 1, 2026, the Court ordered Adams to either pay the $405 filing fee or complete the Court's Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support and file a more definite statement to allow review of his case under 28 U.S.C. § 1915(e)(2)(B). Dkt. 4. Adams paid the filing fee and filed a more definite statement on April 23, 2025. Dkts. 5-6. Because Adams has paid the filing fee, his motion to proceed *in forma pauperis* is moot and the Court need not determine whether his case is frivolous.

In his more definite statement, Adams states that he is seeking legal representation on a contingency basis. It is unclear whether Adams is requesting court-appointed counsel, but a *pro se* plaintiff in a civil case is not entitled to appointed counsel as a matter of right; a court need not appoint counsel in a civil case even for an indigent plaintiff absent exceptional circumstances.

---

[1] The District Court referred this case to this Magistrate Judge for disposition of the application to proceed *in forma pauperis* and a recommendation as to whether the case should be dismissed as frivolous under 28 U.S.C. 1915(e), pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge David A. Ezra. Dkt. 3.

*Tampico v. Martinez*, 987 F.3d 387, 392 (5th Cir. 2021); *Naranjo v. Thompson*, 809 F.3d 793, 799 (5th Cir. 2015). The Pro Se Manual and other resources available on the Court's website (https://www.txwd.uscourts.gov) provide information for litigants seeking counsel, including the phone number for the State Bar of Texas Lawyer Referral Program.

The Court **DISMISSES** as **MOOT** Plaintiff's Application to Proceed In District Court Without Prepaying Fees or Costs (Dkt. 2) and **ORDERS** the Clerk to remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable David A. Ezra.

**SIGNED** on May 6, 2026.

 

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE